UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND, and BRIAN GENTRY,

    Plaintiffs,

vs.                                      Case No. 08-cv-472-bbc

ARCHITECTURAL EXTERIORS METALS, INC.,

    Defendant.

---

### ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Architectural Exteriors Metals, Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Architectural Exteriors Metals, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 20 day of October, 2008.

                                                s/Joel W. Turner
                                                Acting Clerk of Court