UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND, and BRIAN GENTRY,

    Plaintiffs,

vs.                                        Case No. 08-CV-472

ARCHITECTURAL EXTERIOR METALS, INC.,

    Defendant.

ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1.    Defendant Architectural Exterior Metals, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Architectural Exterior Metals, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit fund contributions, interest and liquidated damages on behalf of its employees to the Plaintiff Fund.

-1-

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $2,786.58 for contributions, interest and liquidated damages for the audited period November 1, 2007 through January 31, 2008 as well as attorneys fees and costs incurred in their prosecution of this matter.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry and against Defendant Architectural Exterior Metals, Inc. in the amount of $2,786.58.

Dated this 12th day of ~~October~~ November, 2008.

BY THE COURT

Barbara B. Crabb
U. S. District Court Judge