UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND, and BRIAN GENTRY,

      Plaintiffs,

vs.                                    Case No. 08-CV-472

ARCHITECTURAL EXTERIOR METALS, INC.,

      Defendant.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry recover from the Defendant Architectural Exterior Metals, Inc. the sum of $2,786.58 for contributions, interest, liquidated damages for the audit period November 1, 2007 through January 31, 2008.

Dated at Madison, Wisconsin, this 12th day of November, 2008.

_____
Acting Clerk of Court

-1-

Deputy Clerk

Approved as to form this /2 day of ~~October~~ November, 2008.

*Barbara B. Crabb*
U. S. District Court Judge