IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES
REGIONAL COUNCIL OF
CARPENTER'S PENSION FUND and
BRIAN GENTRY,

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 08-CV-472-bbc

Plaintiffs,

v.

ARCHITECTURAL EXTERIOR
METALS, INC.,

Defendant.

This action came for consideration before the court with Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that amended judgment is entered in favor of plaintiffs North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry against defendant, Architectural Exterior Metals, Inc. in the amount of $3,475.19.

_____
Peter Oppeneer, Clerk of Court

12/4/08
Date